1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIELLE A. NOWLIN                        No. 2:15-cv-2603-KJM-KJN PS

12              Plaintiff,

13         v.                                   ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16
                Defendant.
17

18

19         On January 19, 2017, defendant California Department of Corrections and

20    Rehabilitation's motion for terminating sanctions came on for hearing before the undersigned.

21    (ECF No. 16.)  Plaintiff Danielle Nowlin appeared representing herself, and attorney Jerry

22    Deschler appeared on behalf of defendant.

23         At the hearing, the parties voluntarily stipulated on the record to dismiss the action with

24    prejudice, with each party to bear its own costs, expenses, and attorneys' fees.  Although a court

25    order is not strictly necessary to effectuate the parties' stipulated dismissal, this order confirms

26    the parties' agreement on the record.

27          Accordingly, IT IS HEREBY ORDERED that:

28         1.  Based on the parties' stipulation on the record, and pursuant to Federal Rule of Civil

                                              1

Procedure 41(a)(1)(A)(ii), this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

2.   The pending motion for terminating sanctions (ECF No. 16) is DENIED as moot.

3.   The Clerk of Court shall vacate all dates and close this case.

IT IS SO ORDERED.

Dated:  January 20, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE